CAUSE NO. WR-63,863-03

Bruce E. Digby
TDCJ-CID. Id.No. 1181700
120 P.R. 7388
Colmesneil, TEXAS 75938

03,863-03

Dec. 16, 2015:

RE: NOTICE OF ADDRESS CHANGE:

MR. ABLE ACOSTA
CLERK OF COURT OF CRIMINAL APPEALS
P.O. BOX 12308
CAPITOL STATION
AUSTIN, TEXAS 78711

Dear, Mr. Acosta:

I, Mr. Bruce Edward Digby, have been release from TDCJ-CID units. My new address is as Followed:

Bruce E. Digby
120 P.R. 7388
Colmesneil, Texas 75938

Please Foward all further corrspondents to this address. Thank You
Respectfully submitted
Bruce E Digby

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 18 2015

Abel Acosta, Clerk